JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

INES G. SUAREZ,

        Plaintiff,

   v.

REAL TIME RESOLUTIONS INC., et al.,

        Defendants.

Case No. 5:23-cv-00391-SSS-SPx

**JUDGMENT**

    Pursuant to the Order Granting the Motion to Dismiss Plaintiff's Second Amended Complaint, this action is **DISMISSED WITH PREJUDICE**.

DATED: October 19, 2023

_____
SUNSHINE S. SYKES
United States District Judge

-1-